**UNITED STATES DISTRICT COURT**          JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA YOUNG, | Case No.: **CV10-00860-VBK** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 15, 2010

_____/s/_____
The Honorable Judge
United States District Judge

Order